**95–2066.  DeRolph v. State.**
Perry App. No. CA477.  This cause is pending before the court as an appeal from the Court of Appeals for Perry County.  Upon consideration of appellees' motion to file statement of additional authorities post-oral argument,

IT IS ORDERED by the court that the motion to file statement of additional authorities post-oral argument be, and hereby is, granted.

IT IS FURTHER ORDERED by the court that the statement of additional authorities be filed within seven days of the date of this entry.

Douglas, J., dissents.  See S.Ct.Prac.R. IX(8).

**96–1761.  State ex rel. Diesman v. Indus. Comm.**
Franklin App. No. 95APD09–1175.  This cause is pending before the court as an appeal from the Court of Appeals for Franklin County.  Upon consideration of appellee's motion to stay briefing pending ruling on motion to strike,

IT IS ORDERED by the court that the motion to stay briefing pending ruling on motion to strike be, and hereby is, granted.

Douglas, Pfeifer and Cook, JJ., dissent.

**96–2381.  State v. Simmons.**
Ross App. No. 95CA2107.  This cause is pending before the court as a discretionary appeal and a claimed appeal of right.  Upon consideration of appellant's motion to continue bond,

IT IS ORDERED by the court that the motion to continue bond be, and hereby is, denied.

## RECONSIDERATION DOCKET

**96–2066.  Christy v. Summit Cty. Bd. of Elections.**
In Prohibition.  Reported at 77 Ohio St.3d 35, 671 N.E.2d 1.

IT IS ORDERED by the court that the motion for reconsideration in this case be, and hereby is, denied.

Douglas, J., dissents.